

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2025

No. 04-25-00274-CV

**IN RE** Aaron H. **MARTINEZ**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
                Adrian A. Spears II, Justice
                Velia J. Meza, Justice

On May 1, 2025, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). Relator's motion for emergency stay is denied as moot.

It is so **ORDERED** on May 21, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024-CI-08342, styled *Virginia Martinez vs. Aaron H. Martinez & San Juana Amparo Martinez*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.